## CAMPBELL v. STATE.
### No. 22479.

Court of Criminal Appeals of Texas.
April 14, 1943.

Earl Shelton, of Austin, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant pleaded guilty in the District Court of Travis County to a charge of burglary and was sentenced to five years in the State Penitentiary.

The appeal is before the court without bills of exception and without a statement of facts. The procedure is regular.

The judgment of the trial court is affirmed.